UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS L. NELSON,<br><br>               Plaintiff,<br><br>   vs.<br><br>KLUKWAN, INC., et al,<br><br>               Defendants. | No. CV-09-092-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE AND CLOSING OF FILE |

     Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the Clerk of this court shall enter Judgment dismissing the Complaint and the claims therein against all Defendants with prejudice and without costs or attorney fees to any party. The Clerk shall then close this file.

     The Clerk shall enter this Order, enter judgment of dismissal with prejudice as specified herein, forward copies to counsel, and close this file.

     Dated this 4th day of August, 2009.

                           s/ Justin L. Quackenbush
                         JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1