AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CURTIS L. NELSON,

                             Plaintiff,

          v.

KLUKWAN, INC., et al.,

                             Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-092-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that pursuant to Stipulation of the parties, the Complaint and the claims therein against all defendants are dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| August 4, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |